UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONY LOLO XCZAR,<br><br>                    Plaintiff,<br><br>     v.<br><br>SWEDISH MEDICAL CENTER, et al.,<br><br>                    Defendants. | CASE NO. C18-0794-JCC<br><br>REPORT AND RECOMMENDATION |

Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) Plaintiff indicates monthly expenditures of $5,247.00, exceeding monthly income of $5,000.00, and states his wife has had to tap into her retirement savings in order to make ends meet or for large expenses.  However, in addition to a combined net monthly salary of $5,000.00, plaintiff indicates he has $500.00 in cash on hand, $1,500.00 in a checking account, $300.00 in a savings account, and $20,000.00 in a retirement plan.  Because it appears plaintiff has funds available to pay the filing fee, the Court recommends the motion to proceed IFP (Dkt. 1) be DENIED.  This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing

REPORT AND RECOMMENDATION
PAGE - 1

fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 22, 2018**.

DATED this 5th day of June, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2