THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONY LOLO XCZAR,<br><br>Plaintiff,<br>v.<br><br>SWEDISH MEDICAL CENTER, *et al.*,<br><br>Defendants. | CASE NO. C18-0794-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 4). Having thoroughly considered Judge Theiler's R&R and the relevant record, the Court hereby ORDERS as follows:

(1) The Court ADOPTS the R&R;

(2) Plaintiff's *in forma pauperis* application is DENIED. Plaintiff is directed to pay the filing fee of $400.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is DIRECTED to close the file; and

(4) The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

1     DATED this 9th day of July 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE