UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONY LOLO XCZAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SWEDISH MEDICAL CENTER, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C18-0794-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On July 9, 2018 the Court issued an order adopting the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, denying Plaintiff's *in forma pauperis* application (Dkt. No. 5). The Court indicated that if Plaintiff failed to pay the required $400 filing fee within thirty (30) days, the case would be dismissed. (*Id*. at 1.) No such payment has been received. Accordingly, this case is DISMISSED without prejudice. The Clerk is DIRECTED to close this case and send a copy of this order to Plaintiff.

//

//

//

DATED this 30th day of August 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk